**Belinda WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77254.**

Missouri Court of Appeals, Eastern District, Division One.

Oct. 24, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 2000.

Application for Transfer Denied Jan. 23, 2001.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Belinda Williams (Movant) files this appeal challenging the denial of her Rule 29.15 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).